IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JONATHAN OSKO**                                              **PLAINTIFF**

**v.**                            **CASE NO. 3:20-CV-00056 BSM**

**MATTHEW TWILLEY and**
**BROCKHOUSE TRUCKING, LLC**                          **DEFENDANTS**

## ORDER

Jonathan Osko has failed to serve Matthew Twilley, and the time to do so has passed, *see* Doc. No. 8. Osko's claims against Twilley are dismissed without prejudice.

IT IS SO ORDERED this 8th day of July, 2020.

                                                         /s/ Brian S. Miller
                                                      UNITED STATES DISTRICT JUDGE