IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JONATHAN OSKO**                                                                **PLAINTIFF**

**v.**                      **CASE NO. 3:20-CV-00056-BSM**

**MATTHEW TWILLEY,** *et al.*                                  **DEFENDANTS**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 16] and Federal Rule of Civil Procedure 41, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of November, 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE