IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JONATHAN OSKO**                                                                                              **PLAINTIFF**

**v.**                                         **CASE NO. 3:20-CV-00056-BSM**

**MATTHEW TWILLEY,** *et al.*                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE